THE STATE OF OHIO, APPELLEE, *v.* SIMPSON, APPELLANT.

[Cite as *State v. Simpson* (1996), 76 Ohio St.3d 131.]

(No. 96–587—Submitted May 21, 1996—Decided July 24, 1996.)

*Joseph T. Deters,* Hamilton County Prosecuting Attorney, and *Christian J. Schaefer,* Assistant Prosecuting Attorney, for appellee.

*Marcus Simpson, pro se.*

*Per Curiam.* We affirm the judgment of the court of appeals for the reasons stated in its judgment entry.

*Judgment affirmed.*

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and STRATTON, JJ., concur.